UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BAYNE W. ALEXIS,

                                  Petitioner,

                      v.                                    9:03-CV-1191
                                                                        (FJS/GJD)

WARDEN, Buffalo Federal Detention Facility,
and ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

                                  Respondents.
_____

**APPEARANCES**                                     **OF COUNSEL**

**BAYNE W. ALEXIS**
**230-37-243**
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, New York 14020
Petitioner *pro se*

**OFFICE OF THE UNITED**                      **JAMES W. GRABLE, SAUSA**
**STATES ATTORNEY**
130 Delaware Avenue
Room 203
Buffalo, New York 14202
Attorneys for Respondent Warden

**OFFICE OF THE NEW YORK**                  **PATRICK F. MACRAE, AAG**
**STATE ATTORNEY GENERAL**
615 Erie Boulevard West, Suite 102
Syracuse, New York 13204-2455
Attorneys for Respondent Attorney General
of the State of New York

**SCULLIN, Chief Judge**

## ORDER

      Petitioner Bayne W. Alexis filed a petition seeking habeas relief pursuant to 28 U.S.C.

§ 2254 from his October 24, 2001 conviction and November 28, 2001 sentence in Oswego County Court.[1]  In a Report-Recommendation, dated February 17, 2005, Magistrate Judge DiBianco recommended that this Court deny and dismiss that petition.  *See* Dkt. No. 39.  By Order dated April 13, 2005, this Court adopted that Report-Recommendation in its entirety and denied and dismissed the petition in its entirety.  *See* Dkt. No. 41.  Currently before the Court is Petitioner's motion for a Certificate of Appealability.  *See* Dkt. No. 46.

Section 2253(c)(1) of Title 28 of the United States Code provides, in pertinent part, that

> [u]nless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from –
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.

28 U.S.C. § 2253(c)(1).[2]

Furthermore, the court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

After reviewing the relevant portions of this file and for the reasons set forth in Magistrate Judge DiBianco's Report-Recommendation and in this Court's April 13, 2005 Order,

---

[1] Petitioner originally filed his petition in the Western District of New York.  By Order dated September 19, 2003, United States District Judge David Larimer transferred Petitioner's case to this District.  *See* Dkt. No. 8.

[2] Likewise, Rule 22 of the Federal Rules of Appellate Procedure provides, in pertinent part, that "[i]n a habeas corpus proceeding in which the detention complained of arises from process issued by a state court, or in a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)." Fed. R. App. P. 22(b)(1).

the Court finds that Petitioner has failed to make the required showing.

Accordingly, for the above-stated reason, the Court hereby

**ORDERS** that Petitioner's motion for a Certificate of Appealability is **DENIED**; and the Court further

**ORDERS** that the Clerk of the Court serve a copy of this Order on the parties.

**IT IS SO ORDERED.**

Dated: June 6, 2005
       Syracuse, New York

                                      Frederick J. Scullin, Jr.
                                      Chief United States District Court Judge